UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT ARSENEAU,<br><br>          Petitioner,<br><br>    v.<br><br>MARGARET GILBERT,<br><br>          Respondent. | CASE NO. 3:15-CV-05660-BHS-JRC<br><br>ORDER TO FILE AN AMENDED PETITION |

The District Court referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction pursuant to 28 U.S.C. § 2254.

Petitioner Robert Arseneau, proceeding *pro se*, submitted a 28 U.S.C. § 2254 habeas corpus petition. Dkt. 9. Petitioner seeks to challenge three convictions in 1991, 2012 and 2015. *See* Dkt. 9 at 1 ("Snohomish County Cause No. 91-1-01366-1; Pierce County Cause No. 12-1-03734-7 & 15-9-02503-2"). However, Rule 2(e) of the Rules Governing § 2254 and § 2255 states that a petitioner who seeks relief from judgments of more than one state court must file a separate petition covering the judgment or judgments of each court. Petitioner may not proceed

ORDER TO FILE AN AMENDED PETITION - 1

in one petition, as these convictions involve different proceedings. *See Johnson v. Sisto,* 2007 WL 791935, at *1 (E.D. Cal. Mar. 14, 2007).

Petitioner is ordered to file a second amended petition, challenging only one conviction. Petitioner should clarify in his amended petition the name and location of the court that entered the judgment of conviction which he seeks to dispute. Any amended petition must be filed on the form employed by this court, must name the proper respondent, and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition." Petitioner's pleading must be filed on or before November 16, 2015 or the Court will recommend dismissal of this petition for failure to prosecute and failure to comply with a Court order.

Dated this 15th day of October, 2015.

J. Richard Creatura
United States Magistrate Judge